THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERICA LEGGETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:26-cv-04171-TL<br><br>**STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>November 10, 2026 |

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Erica Leggett and Defendant Delta Air Lines, Inc. (collectively, "the Parties"), by and through their respective counsel, hereby STIPULATE AND AGREE, and jointly move the Court, to establish a briefing schedule for Defendant's pending motion to dismiss as follows:

1. Defendant filed a motion to dismiss on November 5, 2026. Dkt. #8.

2. To allow sufficient time for the Parties to fully brief the motion while accommodating the upcoming holidays, the Parties stipulate and agree to the following briefing



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

schedule:

| EVENT | DEADLINE |
|---|---|
| Plaintiff's Opposition to Motion to Dismiss | December 4, 2026 |
| Defendant's Reply in Support of Motion to Dismiss | December 16, 2026 |
| Noting Date for Motion to Dismiss | December 16, 2026 |

3. The requested modification is made in good faith, is not sought for purposes of delay, and will not prejudice either Party.

4. The Parties respectfully request that the Court approve the proposed briefing schedule set forth above and renote Defendant's motion to dismiss (Dkt. #8) for December 16, 2026.

5. Nothing in this stipulation waives any argument or defense available to either Party.

IT IS SO STIPULATED.

//

//

//

//

//



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

DATED: November 10, 2026.

**EMERY | REDDY, PC**

By: *s/Timothy W. Emery*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/Damon C. Elder*
Damon C. Elder, WSBA #46754
Andrew DeCarlow, WSBA #54471
Jessica M. Cox, WSBA #53027
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com
jessica.cox@morganlewis.com

*Attorneys for Defendant Delta Air Lines, Inc.*

**~~[PROPOSED]~~ ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED that the briefing schedule for Defendant's motion to dismiss (Dkt. #8) is as follows:

1. Plaintiff shall file any opposition to Defendant's motion to dismiss on or before December 4, 2026.
2. Defendant shall file any reply in support of its motion to dismiss on or before December 16, 2026.
3. Defendant's motion to dismiss is renoted for consideration on December 16, 2026.

IT IS SO ORDERED.

DATED this 13th day of November, 2026.

THE HONORABLE TANA LIN

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/Damon C. Elder*
Damon C. Elder, WSBA #46754
Andrew DeCarlow, WSBA #54471
Jessica M. Cox, WSBA #53027
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com
jessica.cox@morganlewis.com

*Attorneys for Defendant Delta Air Lines, Inc.*

**EMERY | REDDY, PC**

By: *s/Timothy W. Emery*
Timothy W. Emery, WSBA #34078
Patrick B. Reddy, WSBA #34092
Paul Cipriani, WSBA #59991
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
reddyp@emeryreddy.com
paul@emeryreddy.com

*Attorneys for Plaintiff*